NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REGENERON PHARMACEUTICALS, INC.,**
*Plaintiff-Appellant*

**v.**

**MYLAN PHARMACEUTICALS INC., BIOCON BIOLOGICS INC.,**
*Defendants-Cross-Appellants*

**AMGEN USA, INC.,**
*Defendant*

---

2024-1402, 2024-1405

---

Appeals from the United States District Court for the Northern District of West Virginia in No. 1:22-cv-00061-TSK-JPM, Chief Judge Thomas S. Kleeh.

---

Before CHEN, LINN, and HUGHES, *Circuit Judges.*

PER CURIAM.

## O R D E R

Following this court's February 22, 2024 show cause order, the parties agree that the court lacks jurisdiction over both the appeal and cross-appeal from the district court's December 27, 2023 decision resolving fewer than all

2      REGENERON PHARMACEUTICALS, INC. v. MYLAN
                              PHARMACEUTICALS INC.

claims at issue.  Under the circumstances, we agree and conclude that dismissal is appropriate.

Accordingly,

IT IS ORDERED THAT:

(1) Appeal Nos. 2024-1402 and 2024-1405 are dismissed.

(2)  Each party shall bear its own costs.

FOR THE COURT

April 12, 2024
        Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE: April 12, 2024